The Honorable the Judge of the United States Court of Appeals for the Fourth Circuit. Oyez, oyez, oyez. All persons having any manner or form of business before the Honorable of the United States Court of Appeals for the Fourth Circuit are admonished to get their attention, for the Court is now sitting. God save the United States and this Honorable Court. Good morning. Mr. Patterson, you may begin. Thank you, Your Honor, and may it please the Court, Pete Patterson for the appellant. The District Court's decision denying intervention to my clients must be reversed for two primary reasons. First, it is incompatible with the United States Supreme Court's decision in Turbevich, and second, affirming it would create a clear circuit split with the Sixth Circuit and Northeast Ohio Coalition for the Homeless, which is essentially on all fours with this case. To start with Justice Marshall's opinion in Turbevich, there are several holdings in Turbevich that are incompatible with the District Court's decision in this case. First of all, in Turbevich, the Court expressly rejected the Secretary of Labor's argument that in order to show inadequacy of representation, the proposed intervener would have to show that the Secretary was failing in his statutory duty to prosecute that action. On the contrary, in this case, the District Court held that the only way we could show inadequate representation was if we could show that the state defendants were not fulfilling their duties to defend North Carolina law. Second, in Turbevich, Justice Marshall applied a minimal burden to show an inadequate representation, and in that case, the case for deference was at the highest possible pitch as the Secretary of Labor was given the exclusive statutory authority to bring the claims that were at issue in that case. Here, by contrast, the District Court made us bear a heightened burden. Excuse me, sir. Speaking of deference, what about the standard of review here and the deference accorded the District Court's opinion? Yes, two points on that, Your Honor. First of all, an error of law is an abuse of discretion, and we have, as I'm just going through, there are several rulings that are inconsistent with Turbevich, and thus are an error of law. And in addition, this is, again, an in-bank review. We're here only governed by the Supreme Court. This court is in the minority of circuits in applying abuse of discretion review to intervention as of right. The Fifth through Eleventh Circuit all applied de novo review to everything except the timeliness analysis in the intervention as of right context, and that makes sense because it's intervention as of right. It's not a discretionary matter whether we're in this case. Justice Brennan, in his string fellow concurrence, mentioned this. He said, look, the judge's discretion is constrained in this instance because it's intervention as of right. So for that reason, it should be de novo review, but it ultimately does not matter because the District Court made several errors of law. Back to Turbevich, as I was mentioning. I'd like to know why it can't be discretionary review because of the last phrase is unless existing parties adequately represent that interest, isn't adequacy a judgment call in the final analysis? I know you try to make a big textual matter out of it, but isn't adequacy a judgment call? Isn't the District Court in the best position normally to make a judgment call with respect to adequacy because the District Court has the parties in front of it and can see them face-to-face and review numerous filings? And it probably has a much better handle on whether representation is adequate or not than we do on appeal. So I'm not so sure why it wouldn't be a discretionary matter in the end. Your Honor, thank you for that. The answer is that this is not primarily a backward-looking analysis into how the parties have performed in front of the court. But as in Turbevich, it's a functional analysis. You look at the parties' functions. And Turbevich said, based on those functions, would those functions dictate precisely the same approach to litigation? And the question is, may it be inadequate? Not, is it inadequate? Has it been adequate? It's, may it be inadequate? In Turbevich, because the Secretary had a different function than the proposed intervener, the court, again, was there reviewing a denial of intervention and said intervention should have been granted because these functions may have led to a different approach. The State Board has said that it has a primary objective to determine what law, if any, needs to be applied here. And that reflects that the State Board has an administrative function. Its job is to run elections. Its focus should be on running elections. But that could possibly, under Turbevich, lead to a different approach to this litigation. And we've seen that manifested here. In footnote 4 of its brief to this court, the State Board says, we did not seek a stay of the district court's preliminary injunction because of administration concerns with the upcoming primary election. And, you know, it's not to say that those concerns are improper. It's not to say that those concerns shouldn't be in the case. But it is to say that those divergent objectives of the State Board make them an inadequate representative to defend the constitutionality of this law. And that is the reason why North Carolina. Yes. Mr. Patterson, just a little further on that argument, I looked at the North Carolina Constitution. And the North Carolina Constitution gives the Attorney General specific authority as determined by the legislature. And the legislature has enacted section 120, 32.6, and says that the legislature has the right to determine the defense of a law challenged with respect to the constitutionality. Why wouldn't the Constitution thus deprive, as a matter of separation of powers, deprive the Attorney General of any authority to represent the state with respect to the constitutionality of a statute when the legislature makes the decision it wants to defend? I mean, I'm not talking about a convenience or function. I'm talking about a fundamental power conferred by the North Carolina Constitution. How would we handle that, if that's so? Yes, Your Honor. I'd like to make one point first. And the first is that the focus should be on the State Board of Elections. Rule 24 says that if all the other predicates are met, we must be allowed in unless another party is an adequate representative. Here, the party is the State Board of Elections. It's not the Attorney General. It's not a party to this case. Let me ask you the question in light of that clarification. If we have an attorney representing the state who is not authorized to represent the state, what's the consequence under a Rule 24 motion? I believe the consequence would be that that would not be an adequate representative to the extent that had a bearing on it. But here, the statutes don't say the Attorney General can't be in this case. It says that we need to be in the case alongside the Executive Branch. It doesn't say that. You're not following my law. The law doesn't say that. The Constitution says that the legislature determines the powers of the Attorney General. Section 120-32.6 says that the representation of statutes can be done by the Attorney General but except when the legislature decides to take the defense, which ends up denying, as a matter of law, denying the Attorney General that authority. This is not a situation where you share the responsibility. This is a situation where the legislature decided to take the responsibility given by the Constitution. Well, certainly, Your Honor, yes. The Constitution says that... That argument. It seemed to me that you and Judge Niemeyer were talking about different things because you've not made the argument that the Attorney General has no place in this litigation. No, we have not made that argument. And the way we read that statute is it says that we determine whether the Attorney General represents the General Assembly in the litigation and that the General Assembly can hire outside counsel to represent themselves. And then that outside counsel has primacy in the defense of the litigation, and the Attorney General is to defer to the decision-making authority of that outside counsel, and that is what we have argued. And that should play a big role. Mr. Patterson. Yes, Your Honor. Judge Diaz. So getting back to this issue you raised about the functional activities of parties, and you gave the example of the State Board of Elections not pursuing a stay because it had concerns about the proper administration of an election. You know, that seems to me to be just sort of just a tactical decision that's made by parties in cases all the time. So, I mean, where are we to draw the line? Is it at any point that there's a divergence no matter how significant or insignificant between parties, that that's enough for parties wholesale to be admitted and allowed to intervene in every case? The answer is if you look to Turbevich, Your Honor, it says you look at those functions, if those functions would not mandate precisely the same approach to the litigation, then that is an adequate representation. So what does that mean, though, in practice? How imprecise must it be? Well, and again, it's not in Turbevich. There was no – nothing had been done that was different. There was no example of something that was done that was different in litigation. And in fact, in that case, the Supreme Court said that the proposed intervener was forbidden because the secretary was given exclusive authority under federal law to bring these claims to bring additional challenges to the election. That was at issue in that case, and yet it said because these functions could lead to different approaches to litigation. So if there's an administrative concern that, okay, we've got to run this election, that's going to color the way we defend this case, that clearly could lead to a different approach than someone who is primarily focused on defending the law. And we see this clearly in the Sixth Circuit's decision in Northeast Ohio Coalition for the Homeless. It's brought into sharp focus. That case was on – as close to this case as could possibly be. It was a challenge to Ohio's voter ID law. The secretary of state was the defendant. The secretary of state was defending the law, actively defending its constitutionality, represented by the attorney general. And the state of Ohio and the General Assembly sought to intervene, and the district court denied it. The Sixth Circuit reversed and said the secretary of state is principally concerned with running elections. And so he's not an adequate representative. And what brings this into especially sharp focus in that – Sir, can I ask a follow-up about adequate representation, Mr. Patterson? So, of course, you know that last week a panel of this court reversed the district court on the merits of this litigation and, in essence, vindicating the litigation strategy of the parties who were in the case and the attorney general. How, if at all, do we consider that fact? We can take judicial notice of that, obviously, in deciding the merits of this appeal. Yes, Your Honor. You also can take judicial notice, I believe, of the fact that we were allowed to intervene in that appeal, and we worked together with the state board to get the decision below reversed, which is what would happen below were we granted the right to intervene here. It should not – and, again, this is not a backward-looking has the representation been adequate. It's may it be adequate. May it be inadequate. And so there are all sorts of points in the future that we could have different approaches between us and the state board. Judge Harris, yes? Yes, can I ask a question? How does it affect the analysis here that the proposed interveners in this case sort of purport to represent the same client as the lawyer or the attorney general who's already in the case? That seems to distinguish a lot of the cases you're talking about where courts have suggested that, look, just because people share the same ultimate goal doesn't mean they have all of the same interests. But in our case, the two lawyers would share the same client, and they would both purport to represent the state's interest in enforcement and validity of its law. So how does that affect the analysis? Your Honor, it is not the same client. The client that the attorney general has represented is the state board of elections. We are asserting the same interests. And back to northeast Ohio, in that case, it was the same attorney general who was representing the secretary of state and was seeking to intervene on behalf of the state and the general assembly. And the analysis of the Sixth Circuit was because the client, the party, the secretary of state had a primary interest in administering elections, that he was not an adequate representative for the state defending its laws, even though it was the same attorney general that was representing the secretary of state and the state seeking to intervene. And that's why this court could not affirm the decision below without creating a clear split with the Sixth Circuit. And there's one other factor that makes this case, I haven't mentioned this so far because it's not necessary, but it adds a kind of icing on the cake in this case is that the state board of elections, the other side, is insisting that the executive authority all resides with the governor. And the governor controls the state board. And in terms of things you can take judicial notice of, the governor has now told this court in the P.I. appeal that he believes, and it is his position, that this law is unconstitutional and should be permanently enjoined. So that puts this case on a whole different register than Turbevich, Northeast Ohio Coalition for the Homeless, where you would be telling the people of North Carolina, despite the fact that you have enacted this law, saying that the General Assembly is a necessary party in this type of litigation, and despite the fact that the person who controls the defendants in this case takes the position, he agrees with the plaintiffs that this law is unconstitutional. Nevertheless, we are not going to allow your state-designated representatives to come in and join in the defense of this case. Is this a matter of federal law or state law? Because there's been a lot of citations of state law, and they may be relevant as a matter of comity. But the question I have is, I'm just not sure that state law has the final say over the contours of a federal proceeding. It seems to me almost basic, eerie. And the state law, the North Carolina law that I've been reading, has framed the matter of intervention as a matter of request to the federal court. And I think that was proper, because that's what it has to be. It can't be a mandate. It has to be a request. But as I understand it, whereas state law can be consulted and should be consulted as a matter of federal-state comity, ultimately the question is one of federal law, and the standard of review would be one of federal law, simply because of the basic interests that federal courts have in the procedures governing their lawsuits and hearings. So you would agree with that, that federal law is the ultimate arbiter of this, wouldn't you? I would, Your Honor. But in this case, state law is particularly important because, as the Supreme Court has said, a state is kind of an incorporeal entity, and who can speak on behalf of the state is a matter of state law. The Supreme Court has repeatedly said that the state can designate agents, including legislative agents, to speak on its behalf. So the way to end here, when we're determining adequacy, we submit that there should be some deference given to the state's own laws, indicating that the executive branch alone is an inadequate representative of the state. In this sort of litigation, at a minimum, there should not be some sort of presumption against it. Yes, Judge Harris? Does that work both ways? This is something I've been wondering about. So if a state legislature sort of reflected in its statutes that it believed that the state attorney general was an adequate representative of all citizens in the state, would we take that into account if a private party attempted to intervene in a government case? Does it work both ways? Can the state keep people out of court as well as invite them into federal proceedings? That would be a more difficult case, particularly if those private parties had their own private interests, and what the state could say with respect to those. I thought your whole point here was that people have different interests. I don't see how it would be different at all. Your entire point here is that people have different interests. Yes, people have different interests, and here it's who is going to represent the interests of the state. And the United States Supreme Court has repeatedly said that the state can assign its agents. Right, and in my hypothetical, the state would be saying, we have the view that the interests of the state incorporate all of the interests of the citizens of the state, and it is sufficient to represent all of those interests if the attorney general is in the action. I actually thought this was sort of an easy question, that you would say, yes, of course you would take that into account. Yes, of course you would take that into account, Your Honor, I agree. But the court would still have to do the adequacy analysis, as we're saying it still has to do it here. How come? I thought you were saying that that sort of was doing the adequacy analysis, that we would look to the state legislature's judgment that the attorney general is not an adequate representative. In and of itself. We're saying that should inform the analysis, there should not be some sort of presumption against us being an adequate representative, the attorney general and the state board being adequate, but the analysis would still need to be done, and I see my time has expired, but Judge Richardson? I just want to make sure that I understand that point. What you're saying is that if the state by law describes who in the government is entitled to representation, that that's entitled to deference. But I think Judge Harris's point to be saying something not about the government, but instead the governed. And so to the extent the legislature says something about the attorney general being an adequate representative for the people, or for an individual person who's not a member of the government, that judgment to me seems to be much less weighty than when it's saying as between these two branches of government, not the governed, that that's what's entitled to deference. Yes, Your Honor, that's exactly right. That was the distinction I was attempting to make in my initial answer, but I did not articulate it that well. Thank you. Thank you, Mr. Patterson. Mr. Wirth? Thank you, Chief Judge Gregory. May it please the court, my name is Stephen Wirth. I'm appearing on behalf of the NWC plaintiffs this morning. Ms. Bates properly exercised her broad discretion when she decided twice that the attorney general was adequately dependent on this lawsuit, and that granting intervention would derail and delay the litigation. Plaintiffs sued the only parties capable of granting the relief that they seek, the governor and state board of elections, who are charged with enforcing North Carolina's election laws. And Judge Biggs properly found that the general... Mr. Wirth, can I just interrupt at this point? Because one problem I'm having, as I expressed earlier, was whether the attorney general... But as I read the Constitution, the Constitution specifically addresses the attorney general's authority and limits it in respect to the defense of statutes challenged with respect to their constitutionality. And in this case, they limited it to the defense chosen by the legislature in the provision I just cited, where they select the defense. Now, if that's so, then it's not a question of the executive and the legislative. It's a question of separation of powers defined by the state. And the question then becomes, what role does state law in that regard have in this federal question? And I assume that, according to the Supreme Court, state law defines the interest of the parties. And it may be that the attorney general has no authority in this case, and therefore no interest in representing based on that sequence of laws. So I just want you to take into account or assume the possibility that the Constitution does not confer this authority on the attorney general, as you've argued, but rather on the state legislature. Absolutely, Judge Neumeier. And I think you're right that state law is obviously the important deciding factor here. I just disagree with your reading of section 120-32.6B. And, in fact, I don't think that any of the parties here have taken the view that the attorney general has been divested of any power in this litigation. Let me ask you in conjunction with that, in answering Judge Neumeier's question, has any case in the state of North Carolina ever held that since 1868 this Constitution has been around? Has anybody ever made that argument that the attorney general for the state of North Carolina must cede to the defense of the legislature, even if it is statutory there or whatever for it? Has that ever happened? Because I've never seen it, and I've been a judge for 30 years, and I've never seen it in the state of North Carolina. I've certainly also not seen it, Judge Wendell. Mr. Wirth, what do you think the language in section 120 says when it says the legislature shall, quote, possess final decision-making authority with respect to the defense of the challenged act? The legislature shall possess final decision-making authority, and in this case they decided that they wanted to defend it, not the attorney general. I disagree, Judge Neumeier. This provision specifically applies to cases in which the General Assembly has joined litigation as a necessary party for litigation. They've not done that here. They've not asserted necessary party status in this litigation. They have not sought to usurp the role of the attorney general in any way in this litigation. It doesn't focus on the party. The language focuses on when an act is challenged. In other words, the criterion is not when the legislature is made a defendant. It's when an act is challenged, an act of the legislature. Section 120 specifically says that it applies… Defense of the challenged act of the General Assembly. Yes, I see that, Judge Neumeier, but it also says that they shall be necessary parties in being the client of the attorney general. And even the legislative interveners here have not taken your reading of the statute. They have not asserted that the attorney general has no role here. So, you know, I think we simply disagree about the meaning of the statute. Let me ask you also, you have here both the Senate and the House being represented. If you follow Judge Neumeier's interpretation, either one could do this, I take it, in his view. Or must they do it collectively? And then what would indicate they're doing it collectively other than they come together? And then what happens if their interest, the House and the Senate, differs in terms of the defense? Again, I think that these questions show just how troublesome this provision could be. When we look at the recent decision by the North Carolina Superior Court in the Alliance of Retirees case that was cited in the 28th J letters, we see that North Carolina courts have interpreted these statutes differently. And they said that if Judge Neumeier were correct or if the proposed interveners were correct, that that interpretation would violate North Carolina law, violate North Carolina constitution. So if this court is going to be looking at state law, it should also look at the state court's interpretation of state law. Here, state courts agree with Plantez and with the executive branch here. Your opponent has focused on, and I'm thinking this arises because there was a reintroduction of this motion to intervene, so it's limited, it seems to me, the issue is limited to adequacy of representation. And he's focused on the administrative focus of the attorney general as his duties arise in representing the board, as opposed to the broader question of the constitution. And that is what I understand to be the difference here from the perspective of why they should be allowed to intervene. I agree, Jedwin. Before we get to the adequacy, I'd like to briefly touch on standing and interest involved here, because I don't think that the proposed interveners have made a particular standing. Why don't you assume that and answer my question. Assume that and answer my question. Okay. I'm sorry, I've now forgotten it. I'm just asking you to address the argument of your opponent in this case, the argument he's put forth in terms of the administrative focus from one perspective for the attorney general, which arises from the board's representation of the board, as opposed to the legislature's more general interest in the constitutionality. So I think from the outset, the proposed interveners have stated two different interests. They said that they represent the interest of the state, and they said that they have a separate interest with the legislature. And when it comes to the legislature, the interest of the state is unquestionably the interest in the constitutionality of this law and the administration of this law. And that's the cognizable interest under the Thune-Hill. The Thune-Hill rejects the legislature's argument that they have some sort of separate legislative interest. So there is no separate legislative interest under the Thune-Hill, because this lawsuit, which is directed against the parties that have the enforcement power to enforce these laws, does not impinge in any way the legislature's counsel. Yes, yes. As you're talking about the functional analysis, can you sort of maybe back up one step? When we think about adequacy, your opponent has characterized it as a functional inquiry. It alternatively could be a backwards-looking inquiry, or it could be a predictive inquiry. In your view, what is the nature of the adequacy inquiry that it's doing? Are we just looking at what has happened? Are we predicting what will happen? Or, as your opponent said, is it really a functional difference such that we're effectively neither looking forward nor backward? I think the adequacy analysis needs to be flexible and taking into account everything that's before the district court. Among those three, or give me a different option, but I understand it's a totality of the circumstances. But there's got to be a nature of the inquiry. It's either backward-looking, forward-looking, or functional. Or give me a fourth option, but answering the question of what the focus of the adequacy inquiry looks like  I think it's both forward and backward-looking. And I think you take into account both. And in certain cases, there's going to be more information backwards-looking that the district court can take into account. In certain cases, there's not going to be so much information. I think in some cases, there was very little information. The court was primarily doing a forward-looking analysis. But in this case, there's a lot more information in front of the district court. And the district court properly took into account the conduct of the parties before it. So, Mr. Worth, if I could, our situation here is that given the time of the last district court's order, it was before the hearing on the preliminary injunction. And since that time, there have been decisions and statements made by the existing parties that they're not going to utilize experts in the case. And there's been amicus briefs filed by the governor on behalf of the plaintiffs. And I recognize those weren't before the district court at the time of the decision. But in order to consider everything in the record before the trial of the case, should those factors be considered? And I'm not suggesting what result it would make, but shouldn't they be part of the analysis before a trial goes forward? I think that this court's review is limited to the record. However, I do think that the court can take additional notice of various happenings, filings. So, yes, I think I would agree with you. Do you agree that those things should be considered? Is that what I understand? I think that this court can take limited judicial review of certain things that are outside of the record. So, yes, I think some of that information could be considered. You mean consider for determining the issue in this case or consider it when it goes back? In other words, we can consider it. We can take judicial notice and consider that in determining the question that we are now confronted with? So, I think it would be more appropriate for the district court to look at those things in the first instance. So, if this court were to have any concern about conduct, then the district court could take that into account. That said, I think that this court could also rule, based on the record, that the state board's conduct in this case has absolutely been adequate. And before my time runs out, I do want to address a few things about the presumption of adequacy. In particular, the Terpevich argument that Mr. Patterson laid. So, Terpevich, to be very clear, Terpevich wasn't setting sort of a general rule. Rather, its analysis relies on the district instances in that case that were served by the party. And even if Pressley noted in Subnote 8 that the proposed intervener in that case was going to be able to help craft the court's remedy. So, in the 50 years since Terpevich has been decided, many courts have recognized that adequate representation affects specifics. And that when interveners serve the same interest, then it's a stronger showing that adequacy is required. So, that rule, I think, protects two things. It protects the interest of the parties in litigating the cases as they choose. It also protects the interest of the court in the just, duty, and inexpensive determination of every action. And that's exactly what Judge Wilkinson wrote in Stewart. That the interest here are also the interest in the administrability of lawsuits in federal courts. And so, the disappointment about administrability of trial management issues, those are given great jeopardy. So, I'm wondering, I'm sort of looking for a narrow ground here, if it's possible. I wonder what difference it makes, the character of the law that is being challenged. You're challenging, here, a law dealing with elections. And the Constitution is very explicit that the time, place, and manner of holding elections is for the legislative branch of North Carolina government. Not for the state as a whole. So, I'm wondering if you combine the comity interest here, where the state makes the request to allow both the legislative branch and the executive branch of North Carolina to participate. When you combine that comity interest with the fact that the Constitution charges the legislative branch with setting the ground rules of the election and a voter ID or photo ID law would be a classic example of a law regulating the manner in which elections are held. And I'm wondering why the combination of that request from the state government and the federal constitutional delegation of authority to the legislative branch, you've got both state and federal law appearing in this particular case to point in the same direction, which is the presence of a very strong interest on the part of the legislative branch. So, in this kind of circumstance, where with divided government, there's always the danger that the executive or judicial branch would seek to preempt the legislature's constitutionally charged authority to set ground rules for elections. I'm wondering why in this limited circumstance, I'm not sure we need to go any further, we wouldn't allow intervention here and leave some of the harder questions to another day because I don't want to put district courts in the position of whether their heads are spinning. And I think when we talk about functional analysis, I'm not sure how that applies across the board. And I also was wondering about the response to Judge Diaz's question earlier, which I thought was excellent. And that is, are they supposed to allow intervention in any case where the strategic or tactical objectives of the party to the case and the proposed intervenor are different? I mean, this is a wide open field with lots of complexities and landmines and the rest. And I'm just wondering why a narrow ruling dealing with the legislature's specific responsibility to set the ground rules for elections wouldn't allow intervention here. What do you think about that? Chief Judge Gregory, I know that my time is over. You may respond to Judge Wilkinson's question. Thank you. Judge Wilkinson, I think the first response to your question is simply that we don't believe that North Carolina has assigned these interests to the legislature whatsoever. Putting that aside, I don't think that the legislature here has a cognizable interest under the Supreme Court's decision in Bethune Hill, in Arizona redistricting, in Coleman, in Chadha. All of those cases make very clear that the legislative authority, that the legislative interest in the constitutionality of its own laws is not enough. And Your Honor mentioned that the Constitution assigns the state legislatures the manner, controlling the manner of elections. But again, that has to do with the power of the legislature to enact legislation about elections. Supreme Court has said that the legislature's interest in enacting laws is not enough. Oh no, it has not just that. It doesn't just have to do with the power. It has to do with the interest of the legislature in this particular case. It's not just a matter of power. It's a question because what is a power without the ability to defend? Which is where you would leave the legislature with the power, but without the ability to defend the incursion on that power. That's exactly, exactly what Bethune Hill says. That the power of passing laws is in the hands of the legislature, right? And the power of defending those laws is in the hands of the executive. In the average case, there's no power of the legislature to step in and defend the constitutionality of state laws. Otherwise, under a contrary reading, the state legislature would be a party to every single case which challenged the constitutionality of the state laws. That's exactly the position that the Supreme Court... Not necessarily. Only under this particular circumstance where its power to set election rules was under fire. I understand, Judge Wilkinson, but I don't think that's a distinction that makes a difference. The legislature is granted the power to pass laws. It's granted the power to pass laws about elections. It's granted the power to pass laws about everything else. And the Supreme Court has held, even in election cases, right? Even in election cases, that the power of the legislature to pass election laws is not a sufficient interest. Not sufficient under Bethune Hill. It's not a sufficient interest to confer standing. And it's not a sufficient interest to be an intervener under Rule 24. Thank you, Mr. Wells. Mr. Doggett? Thank you, Judge. May it please the Court, my name is Jim Doggett, and I represent the defendant members who have worked on state court elections. The town majority erred when it unnecessarily held, as a matter of state law, that the two leaders of the General Assembly represent the entire state of North Carolina in court, including its interest in the enforcement of its laws. To ensure this Court doesn't make that error again, I'd like to make two primary points today. First, the leaders are not entitled to intervene by right, because the Board is adequately representing whatever interest they have in this lawsuit. For that reason, this Court need not address if the leaders may represent the entire state in this case, or just the legislature. Second, if this Court does reach that issue, the North Carolina law is clear that the leaders may only represent the legislature in this case, and not the state. And before I address this issue specifically, I'd like to address some of the issues that came up during argument. Specifically, Judge Niemeyer asked whether or not the Attorney General has any authority at all in this case. Because, as I understand, Judge Niemeyer reads the North Carolina Constitution, the General Assembly has the authority to take away any power that the Attorney General might have. And I think that's simply mistaken. The North Carolina Constitution creates the Office of Attorney General as a constitutional office that's elected by the people of North Carolina. And there are ten different executive officials that are elected statewide by the people of North Carolina. The statutes are prescribed by law. The point you're making is that the Attorney General is not a separate branch of government, as I understand it from here. That the power for enforcement and the determination of the Constitution is vested with the executive branch. And the legislature, by virtue of defining the role of the Attorney General, can't backpedal and give itself the authority to do something that's vested with the executive branch. That's exactly right. And it's also more than that. Just recently, the North Carolina Supreme Court has held in the State Board of Education, the state case, that another executive official created by the North Carolina Constitution, the state superintendent of public instruction, had inherent powers as an elected officer and as the board's chief administrative officer that could not be modified by statute. And here, the same is true. The Attorney General, by virtue of his status as an office created by the Constitution of North Carolina, serves as the state's lawyer. That is to say, overriding obligation to serve as the lawyer for the state and to represent the interests of the state in court. I don't know of any state in the country, really, where the Attorney General has no role in defending a challenge to the constitutionality of a state law. And I'm nervous about ruling too broadly on these kinds of cases, but the Attorney General is a legal officer. And the Attorney General is the only legal officer in connection with this case. And to rule that the Attorney General as the state's chief legal officer and only legal officer didn't have a principal role in defending an attack on the constitutionality of a state statute, we'd be saying that every Attorney General in the country was probably presumptively guilty of some sort of bad faith that required additional interventions. But I don't understand how we could take the state's chief legal officer, by virtue of an election, and say, no, you don't have any role. Or you have only a very diminished role in defending against a challenge to the legality. You almost put the Attorney General out of business. It's almost an insult. Because, I don't know, in every state I've seen, in all the cases I've seen, when there's been a challenge to the constitutionality of the state law, the presumptive person to defend against that challenge in state law has been the Attorney General. And I'm, you know, really reluctant to vote broadly to undercut this authority. I think that's exactly right, Judge Wilkinson. That's exactly right. It would be an extraordinary thing to say that the Attorney General of North Carolina does not have the authority to represent the state of North Carolina in this case. But let me be clear. I'm totally in agreement with Judge Wilkinson on this. I think it's because the Attorney General is under the executive branch. So the authority derives from the executive branch for the legislature to then come in and say, well, we're going to take away and do it ourselves. In effect, it's taking it from the executive branch, not the Attorney General. The Attorney General is not a separate branch of government in this state and no other state. And not even on the federal government, apparently. But there may be some exercise of independence, I would think, that you could argue in terms of the executive branch. But the authority derives under the three branches of government under the executive branch. And if that authority to enforce laws is with the executive branch, the legislature, by virtue of a statute, it would seem nonsensical. You then can come and usurp that authority, which is constitutionally given to the executive, to yourself. And again, when you do so, I don't know who does it. Is it the head of the House or the head of the Senate? And while we don't mention the ugly word here, political, this is all political, whether we want to say it or not, because we deal with law. If you had a different House and a different Senate, which very well could happen in a state like North Carolina, you could have two different versions of this. And I guess each one would be asking for intervention to some extent. So I think this case presents some interesting issues that could be a quagmire that, I don't know, is opportunistic for either party. It's opportunistic all over the world, and it puts the courts in the middle of something I'm not sure we need to get in the middle of. I think that's right, Judge Winard. I'd like to point out as well that this isn't only about the executive authority of the Attorney General. It's also about the executive authority of the State Board and its ability to defend a lawsuit that seeks to enjoin it from enforcing state law as well, too. Counsel, could I ask you a question, a simple question? What is the exact issue that you seek here? Well, Judge Watts, we take no position on whether or not the two leaders of the General Assembly should be allowed to intervene in this case. But we don't believe that this court's resolution of this case should touch on sensitive issues of state law that the legislature has raised in this case. And just to underscore again... No, I meant on the underlying issue, what is your position? What is your argument? Where do you want us to go? Well, we think intervention of right is unnecessary because we are adequately representing any interest that the legislature would have in this case. On permissive intervention, we don't really have a position on whether or not they should be allowed to intervene. We sometimes defend lawsuits with the General Assembly. We have no objection to doing so. One thing... Judge Watts? You know, I'm just not being very clear, and I apologize. This, as my friend Judge Diaz said a few minutes ago, or maybe half an hour ago now, the lawsuit has gone forward since it was last here, right? Correct. And we have a decision on the merits? Correct. So is your position now, all we're doing is fighting about intervention, right? That issue before the court, correct. Yes. And does that make any difference now? I think you'd have to ask the Council for the General Assembly. I mean, we believe we're adequately representing their interest in this lawsuit when this goes back. But the lawsuit is over, right? We know the resolution. Just the preliminary injunction issue has been resolved. So there's still a trial to be had, motions for summary judgment, things like that. So this case is not over. Okay, so when we go back and we deal with the real injunction or not, what relief do you wish? Does the State Board want? We would like plaintiffs to lose. We believe that the request for a permanent injunction should be denied. Okay. And how is that different than what the interveners want? It's exactly the same interest that they have. That's the point. It's exactly the same. Our interest is in defending the constitutionality of the statute. It's what we've done when this case was before the district court. The plaintiffs came forward and argued that they were entitled to a preliminary injunction. We argued that the evidence before the district court was indecision. Do you see any difference from what the interveners want? We have exactly the same objective. We are defending the constitutionality of the statute. And is the answer to that no? We have no difference from them, no. Thank you. When is the trial scheduled? I'd like to know when this trial is scheduled. He said there's going to be a trial. I want to know when this trial is scheduled. The district court trial was initially set for January of this coming year, but given the fact that the mandate in this appeal had not yet been released,  And what's going to be tried? The permanent injunction? Any issues on the permanent injunction? Is that what it would be? Yes. Yes. Yes. I think that's correct. And how long is this trial going to take? I'm not sure at this point, Your Honor. You're confident that the decision issued last week did not resolve the issues for the trial on the merits? Well, we may, you know, move for summary judgment yet. I mean, once again, we think that the judgment, that the decision from this court is enormous. There are further proceedings, and you say that the position that's taken by you representing the board will be the same as the positions taken by the leaders who want to intervene here. Is that correct? Fundamentally, we seek the same objectives that they do in this case. We seek to defend the constitutionality of the law. We will defend the statute in the same way that we defended it at the preliminary injunction hearing, which created a record that was sufficient for this court to reverse the judicial course of the law. And they take the position that they, that is, the leaders, they take the position that they're the only ones that can defend it properly. They don't agree that you're doing it right. Well, this is the attorney general's job. The attorney general defends the statute. I defend it, but they take the position you're not doing it right, that you only moved to dismiss five counts and the jury didn't move to dismiss six, and so you're inadequate. Well, that was in the Holmes case in state court, and the reason we didn't move to dismiss the intentional discrimination claim was that we thought that motion would not stand a great chance of success because on a motion to dismiss, you have to take the allegations that are pleaded and the complaint is true, and here we had, we thought, incorrect, but we did have allegations of intentional discrimination. And they say you didn't do proper discovery, and they wanted to do more discovery than you wanted to do in the handling of the case as well, right? Well, I think these are just differences about litigation tactics. I understand. These are litigation tactics, and we deal with this kind of stuff in Hages Corpus cases regularly, where they argue a former criminal defendant comes in and says his lawyer wasn't any good and he didn't do a constitutionally adequate job in effective counsel. So it's sort of like that. It's sort of like an ineffective counsel claim that they're making along the way, and they want to come in and do it right. So do they just want to represent the legislature, or do they want to represent the state of North Carolina and its executive branch as well? They've come in and sort of they have two interests in this case. They not only represent the general assembly, but the entire state of North Carolina, and that's specifically what we object to. We don't object to them coming in as the general assembly, but for them to stand in our shoes as the state of North Carolina. And, again, in other cases, the general assembly has claimed that they have an interest due to these statutes in the enforcement of state law. That's an extraordinary claim. And, again, we have no objection to them standing in their own shoes as the general assembly. Yes, Judge DeAnna. Do you make it? Oh, excuse me. Sorry. Judge Quattlebaum, during an earlier colloquy with your opponent, mentioned some matters that we might take judicial notice of, and one of them got my attention, which I wasn't aware of, and that is, I think he said that the governor has filed an amicus brief in this case challenging the constitutionality of the voter I.D. law as most recently revised. That strikes me as kind of odd. Ultimately, the state board of election reports to the governor, or at least the governor appoints some of those members, and it seems to raise some of the same concerns that the general assembly had during earlier litigation of the original voter I.D. law when the governor and the attorney general made the decision not to seek cert in this case. So I guess my question to you is, why isn't that some indication that perhaps, in this case, intervention might be appropriate on appeal or perhaps because of the governor's public statements and, admittedly, the attorney general's earlier statements regarding the original version of the bill, which I understand he was opposed to as well. Well, first, we'll first respond to your question about the governor. The governor is not a party in this case anymore. It's true that he does appoint the members of the state board of elections, but a review of the filings that we've made in this case should demonstrate that that has not stopped the state board from defending this lawsuit. The state board opposed the preliminary injunction, sought an appeal to this court, and successfully obtained a reversal of the preliminary injunction. So the governor may have his own views, but those aren't views that the state board has been expressing in this case. Could the governor direct the state board of elections not to litigate the case? I don't believe he has done that. I'm not sure. I didn't ask you that. I asked you whether he could. The governor has the power to appoint the members of the board, but they're also represented by the attorney general, and the attorney general also has authority to defend statutes and circumstances like this as well, too. There's a case written by Judge Sintel in the 1980s when he was a district court judge in North Carolina where he said that the state board could not compel the attorney general of North Carolina to abandon his defense of a statute. And the same would be true here, I think. The attorney general is defending the statute on behalf of the state board, and that's not a decision that the state board can make on its own. Counselor, I thought that the North Carolina Supreme Court, a few years back in the Cooper decision, said that the governor does control the state board, not just by appointment, but actually controls them. So why couldn't, put the attorney general aside, you're the attorney general's client. If the governor, as Judge Diaz suggested, and I'm not saying it has happened, but the governor told the state board to abandon this lawsuit, hypothetically, and then the state board directed its lawyer to do the same, why couldn't that happen under the state constitution? Well, I think that would raise complicated questions, but that is not what's happened here. Well, it's not particularly complicated because, well, number one, it hasn't happened, and if it did happen, we would have a totally different question as to adequacy. I mean, under the facts that exist, you're saying, okay, we've taken the appeal, we've prevailed in the appeal, et cetera, but if the governor, which I find doubtful, but if the governor had the authority to simply say to the state board, you may not defend this case, you may not defend this attack on the statute, then the whole question of adequacy would assume a completely different, would be in a completely different posture, would it not? Yes, that is exactly right, Judge Wilkinson. These are questions that can be resolved. Oh, I'm sorry, Judge, go ahead. Just one follow-up. What if instead the governor says, state board of education, you may not spend any state money to hire experts? So you can defend them all, but you've got to do so with one arm tied behind your back. I assume that the court could do that, and wouldn't that create the same problem? Well, I don't think that's happened here, and also just to answer. Have you hired any experts? We have not, but just to, just as a matter of concern, I'd like to point out that many of these same arguments that the legislative leaders would have liked to have made for experts are arguments that we have made through the witnesses and the evidence that we've submitted to this court. The legislators would have liked to have submitted an expert report that would have provided, that would have stated and showed that voter IDs are popular and widespread in the United States. As part of our evidence to evidence or submissions to the district court, we submitted a report from the national conference of state legislatures that shows that the majority of state and states have voter ID laws and that North Carolina has a non-restricted voter ID law because people can vote even if they don't possess an ID. They wanted to submit an expert report that would have showed that the statute of issue here was enacted through normal procedural processes. We submitted an affidavit from a member of the staff of the general assembly who made those same points. They wanted to submit an expert report that would have showed that, that the plans exaggerated the number of people who lacked voter ID. We submitted an affidavit from a member of the state board of election staff who made the same point, who had actually created the list the plans were using to exaggerate the disparate rate of ID possession, and said that they were exaggerating the number of people who lack ID. So we've made many of the same points that the legislative interveners would have liked to have made through expert reports, but simply through submitting fact witnesses. And in many ways, that evidentiary presentation is stronger than presenting expert reports because these are actual people who have actual factual knowledge. Mr. Doggett, isn't there, if you step back for just a minute, we could make a real hash of this by leaving district courts with their heads spinning as to when they should allow intervention and when they should not. And the one thing we do know is that, at least in all the cases that I've been familiar with, intervention turns a relatively simple or relatively straightforward contest between the parties into a much more complicated piece of legislation. And if we watch what we're doing, we're going to leave the district courts completely at sea when we intervention is allowed and when it's not. And there is a big danger in opening up this intervention and taking it out of the hands of district courts broadly who are in the best position to decide this. And we could do them a real disservice by complicating their case management functions substantially. Any trial judge will tell you that it is a much more difficult case to run with intervenors because inevitably the litigants are going to have different tactical priorities and different strategic, maybe even different strategic interests. They're going to have different questions. They're going to have different preferences as to trial dates and status conferences, just the mechanics of it. They're going to have different views on what witnesses should be allowed and what shouldn't be. And if we don't exercise some caution here, we can leave district courts in a state of confusion. We could reverse them on something which goes to the heart of their trial management functions. And in addition, we could just make their life a whole lot harder because of the vagueness of what I'm afraid can emerge from this. I just think one of the things that we have to do is to look after our relationship with the district courts. And it has to be one of the chief things we do is to have a harmonious relationship with the district courts. And if we open this too wide and undercut the attorney general's authority to this extent and leave district judges at bay as to who can intervene and who cannot, and take the discretion out of their hands and undercut and complicate their trial management functions, what would we be doing? We'd be impairing our relationship with the district court. And if there were a good reason for doing so, that would be one thing. But if there's not a really good reason for doing so, we should stay our hand. I'm just wondering about that, Mr. Doggett. Isn't that part of what you're arguing? Yes, Judge Wilkson. That's exactly right. Fundamentally, these are questions for the district court. But there's one issue I'd like to make again. Mr. Doggett, you have about 30 seconds to respond to that question. Thank you, Chief Judge. Again, this is fundamentally a question for the district court. And we don't object to the district court even reconsidering these matters again later in this case. One thing I'd like to note is that the district court largely denied intervention permissively in this case because of concerns about delay because this case needed to be litigated before this fall's election. And that concern has really fallen away. So we wouldn't even object to the district court to reconsider its permissive intervention analysis in this case. So for that reason, we respect this request that this court affirm the denial of intervention by right. But we have no position otherwise on the legislature's motion. Mr. Doggett? Mr. Patterson? Yes. Thank you, Your Honor. I'd like to start with one very important point for TurboVid is that the standard is whether representation may be inadequate. And I think that's very important here because we were talking about what would happen in the future if the governor, who undoubtedly does control this board, he has the unilateral authority to fire them, their jobs depend on their servant, his pleasure. What would happen if you ordered them not to defend the suit, various sorts of those hypotheticals. That's why the question is whether it may be inadequate. And it may be for that reason because those sorts of things could take place. And so we've got two things in this case. So the district court handled that by saying in its first order, denying intervention, the representation is adequate. But if that changes, if the representation becomes inadequate, no prejudice, you can move again. Why isn't that a perfectly sensible way to try to plan around the possible hypotheticals we've been running here? Well, Your Honor, because again, it's not a necessarily backward looking thing and it makes sense to have the party in the case from the beginning. And again, TurboVid said when it may not be precisely the same approach to litigation when the functions and practicalities indicate that. Here we have two things. We have the state board's election administration concerns and we have the governor's stated opposition to this law. Yes, Secretary. I think I'm now going back to Judge Diaz's question. Can you maybe define for me the set of cases in which you have two different parties, but it is not possible that there might be some divergence in trial strategy in the future? What is the set of cases where a district court could deny intervention if that's the way we construe the rule? Well, and here, so the question is, are there practical difference in the functions of the entities that could potentially lead to a different approach? So, for instance, if it were a private citizen, government's defending a statute and a private citizen would like to intervene, is there a set of cases in which we could say, or under your approach, a district court could say, there is no hypothetical possibility that this private citizen will want to take a different approach at some future point in the litigation than the state AG? Well, yes, Your Honor. Well, you could imagine a criminal law that is being challenged for being unconstitutional, and you've got the Attorney General who's the lead prosecutor of that law who would be defending the constitutionality of it. There would be, you would have to take each case on its facts, but it's not necessarily apparent that there would be a functional reason why one person supported that law. Yes. I am actually having trouble understanding why it's not at least hypothetically possible, which seems to be your standard. May it turn out to be the case that the private individual, let's say he or she is a proponent of criminal justice reform, might prefer different strategic decisions, different arguments to be made in defense of that statute? Well, first of all, if the person's just a proponent of criminal justice, I mean, they're not going to have an interest to get over the interest problem. So that's going to screen out a lot of people. And then you have to look at the interests. So in Turbovich, it's the union member had an interest. The Secretary of Labor had the same interest as a union member. In fact, by statute, he was the only one allowed to assert that interest in court. But then he also had a broader interest. So the Supreme Court, it's the Supreme Court standard. It's not my standard. The Supreme Court standard was that these functions of the secretary meant that he may not take precisely the same approach to the conduct of the litigation. And therefore, even if the secretary was doing as well as could reasonably be expected, the union member may have a complaint with his lawyer. So that's the standard that the Supreme Court sets. I don't understand it. I'm having trouble finding any limiting principles of what you are suggesting here. We're going to have some vague idea of interest. And we're going to try to micromanage. Well, this interest is sufficient. This interest is not sufficient, et cetera, et cetera. And we're going to do all of that from the court of appeals level. And I don't understand what the framework you are leaving us with is. I don't understand the limiting principle to it all. I don't understand why we would be defining interest according to known criteria. And I don't understand why this couldn't devolve into something where district court asks itself and says, oh, well, they're down the road. There may be some strategic divergence between the party in the case and the proposed intervenor. And it just seems you're leaving us at bay. You know, we're not intending to leave you at bay, your honor. You look at the interest that is the protectable interest, that is the basis for intervention. And then under Turbovich, you say, is there something about the functions of the existing party that could lead to a different approach? Not precisely the same approach based on those respective functions. And opposing counsel argued that Turbovich wasn't trying to set the standard, but in fact it was. It set the maybe inadequate and minimal burden standard before it went on to discuss the different interests of the proposed intervenor. Where Judge Wilkerson is going is this is not just limited to this type of facts. This is all of these Rule 24 cases that we're talking about. And the kind of rule you are proposing, all he's asking is, how are we going to limit that? Because what you just said, a different approach. It doesn't take much to come up with a different approach if that's your very limited standard. Let me ask you something just in terms of, go back to Judge Marks' question. What is it you are seeking here? You started out seeking intervention on a preliminary injunction. And now you have the underlying action in which the court has sent it back for a trial on the permanent injunction. Do you, which is now, I take it from a preliminary injunction, we know the election is over and I don't know what else it does, but for all practical matter, I don't know what that means at this point now that we're going forward on the trial. And as we go forward on the trial, are you not involved in that case? At least as amicus? Or how are you involved, the General Assembly? How is the General Assembly involved, if at all, in the underlying action? Yes. Your Honor, first of all, we weren't seeking to intervene in the PI. No, no, no. I want to hear the answer to that question first. Are you involved in the underlying action at all? The district court to date has given us the ability to file amicus briefs. But that does not allow us to put on evidence. The district court rejected our evidence. Let me go there with you. I understand you won't get to be the actual lawyers put on evidence called witnesses. But as the amicus, what would you be allowed to do in the court? I mean, would you be allowed to sit next to the Attorney General? Are you allowed to discuss the case, the strategy with them, and to have your opinion voiced to them during the trial process? We would be allowed to file a brief, Your Honor. The district court did not let us argue with the PI hearing. But my question is, we're talking about a trial here. I'm not talking about just the appellate case. I'm talking, when you go back to trial, are you allowed to then sit next to the Attorney General and go back and forth on it? I mean, what would be your role in that case? And what influence beyond just filing a brief? I'm talking about before the district court, all we were allowed to do was file a brief. That would be in the district court's discretion. The district court did not let us present arguments. We would not be entitled to take an appeal. What about going forward? It's a trial. That's my question. Yes, the district court would have discretion to let us do whatever the district court wanted us to do as amicus. But typically amicus. So why don't we let the district court make that determination then? I mean, that's all you want. You want to be involved in the trial. So you're telling us that the preliminary injunction is over and there's no need to worry about an intervention in that. That's pretty much done with the elections and stuff. Now you're going through the actual trial. And you said the district court has the discretion to let you basically do things in there. And it's without prejudice what the district court has done. So why are we here? I mean, what is it you want? Because rule 24 says we have a right to intervene and have the full right of a party not to be subject to the discretion of the district court. It says we have a protectable interest that is not. Who would be the party? The two legislative leaders, correct? Yes. That's on behalf of the General Assembly 120-32. The two legislative leaders by name would become party defendants, I assume, in this litigation. Yes, and this is not an unusual thing. That's what you want. You want the two legislative leaders that you represent to become party defendants in this litigation. And you want at the trial to be able to call witnesses, to do whatever the Attorney General could do. And if I read your brief correctly, you want if there's a conflict between you and the Attorney General, that is between the Attorney General on the one hand and the legislative leaders on the other as to trial tactics, that the legislative leaders would carry the day. Isn't that correct? That is what state law says, Your Honor. Yes, that's correct. So you would eliminate the Attorney General, basically, from the litigation by bringing your clients into the litigation. No, we would not eliminate the Attorney General. We would not eliminate the Attorney General. You would go to the location and the Attorney General would be pushed aside. That's what you want us to order Judge Biggs to do. We would not push the Attorney General aside. We'd litigate these cases in state court where it's not a question of whether this is mandatory side by side. No, you say you want to be in charge of the litigation. You and your clients would be in charge of the litigation. That's the position that you espoused here this morning and you want to mark it to us, to the in-bank court. Well, go back and you'd be in charge of the trial, period. Well, for example, if there were a disagreement, are there going to be expert witnesses in the case? And we would be full parties. We could put on expert witnesses even if the Attorney General didn't want to. Is there going to be an appeal taken in this case? If the Attorney General did not wish to take an appeal, we would be in the case. We would be able to take an appeal. But that doesn't mean the Attorney General would not have a role. The Attorney General would still be an attorney. I want to ask one question in terms of when you say we. Is it your position you would need both the leader of the House and the Senate or could either one of them do this? Your Honor, it's both under 1-72.2B. But I'm saying if one House did not want to do it, the other one couldn't do it then, is what you're saying? Not under the statutes and that's what Virginia House of Delegates, that's what distinguishes this case from that case. It was only one House. That's why the court held it did not have standing. Here we've got both. Judge Moss? Yes. I want to just go back to the really simple question. I'm simple-minded here. The simple question that I asked your colleague, what is the difference in the ultimate relief that you want, not the intervention question, but what do you ultimately want the court to do here, Yes. We want to vindicate the constitutionality of the law, just like as in Turbovich, both wanted the union election thrown out, just as in Northeast Ohio. Yes. How is vindicating the constitutionality of the law different than what the state board wants to do? At this point, assuming the governor does not give them a direction to the contrary, which he certainly has the authority to do, based on their representation, I accept that's what they want as well, but that's not the test. I'm asking you just ultimately, you both want the same thing, right? At this point, based on their representations to date, yes. And based on your representations to date. That's all we got. We got it from lawyers, right? Their representations to date. Yes. Thank you. All right. Any further questions? Thank you. Counselor, thank you so much for your arguments. We appreciate them. Normally, we would come down, all of us would shake your hands, but note that our gratitude and appreciation is nonetheless very much felt. If we can't, we'll ask the clerk to recess the court until 2 o'clock today. Thank you. Thank you. This honorable court stands adjourned. God save the United States and this honorable court.
judges: Gregory, Wilkinson, Niemeyer, Motz, King, Agee, Keenan, Wynn, Diaz, Floyd, Thacker, Harris, Richardson, Quattlebaum, Rushing